# United States District Court
## Southern District of Georgia

EMIL RIVERA-LOPEZ, et al.

_____
Plaintiff

v.

LOCKHEED MARTIN
CORPORATION, et al.
_____
Defendant

Case No.  4:19-cv-00211-WTM-CLR

Appearing on behalf of

  LOCKHEED MARTIN CORPORATION
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  14th  day of  November , 2019 .

*(signature)* Christopher L. Ray

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Kathryn A. Grace |
| Business Address: | Wilson Elser Moskowitz Edelman & Dicker LLP |
| | Firm/Business Name |
| | 8444 Westpark Drive - Suite 510 |
| | Street Address |
| | Street Address (con't)  /  McLean (City)  /  VA (State)  /  22102 (Zip) |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 703.245.9300 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | Kathryn.Grace@wilsonelser.com |