# United States District Court
## *Southern District of Georgia*

EMIL RIVERA-LOPEZ, et al.

_____
Plaintiff

v.

LOCKHEED MARTIN
CORPORATION, et al.
_____
Defendant

Case No. 4:19-cv-00211-WTM-CLR

Appearing on behalf of

Lockheed Martin Corporation, et al.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __14th__ day of __November__, __2019__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | William J. Katt |
| Business Address: | Wilson Elser Moskowitz Edelman & Dicker, LLP |
| | Firm/Business Name |
| | 740 N. Plankinton Avenue, Suite 600 |
| | Street Address |
| | Milwaukee   WI   53203 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (414) 276-8816 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | william.katt@wilsonelser.com |