# United States District Court
## Southern District of Georgia

Emil Rivera-Lopez, et al.

Plaintiff

v.

Lockheed Martin Corporation et al.

Defendant

Case No. 4:19-cv-00211-WTM-CLR

Appearing on behalf of Defendant
The Boeing Company

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  9th  day of  December , 2019 .

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\* \* \* \* \*

NAME OF PETITIONER: Steven S. Bell

Business Address: Perkins Coie LLP
Firm/Business Name

1201 Third Avenue, Suite 4900
Street Address

Seattle   WA   98101
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

206-359-8493
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: SBell@perkinscoie.com