# United States District Court
## Southern District of Georgia

Emil Rivera-Lopez, et al.
_____
Plaintiff

v.

Lockheed Martin Corporation, et al.
_____
Defendant

Case No. 4:19-cv-00211-WTM-CLR

Appearing on behalf of Defendant
The Boeing Company
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __9th__ day of __December__, __2019__.

_Christopher L. Ray_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David L. Lassen

Business Address: Perkins Coie LLP
Firm/Business Name

1201 Third Avenue, Suite 4900
Street Address

Seattle | WA | 98101
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

206-359-6049
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: DLassen@perkinscoie.com