# United States District Court
## Southern District of Georgia

EMIL RIVERA-LOPEZ, et al.

Plaintiff

Case No. 4:19-cv-00211-WTM-CLR

v. LOCKHEED MARTIN CORPORATION, et al.

Defendant

Appearing on behalf of
EMIL RIVERA-LOPEZ, et al.; Plaintiffs
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 12th day of December, 2019.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

NAME OF PETITIONER: James R. Brauchle

Business Address: MOTLEY RICE LLC
Firm/Business Name

28 Bridgeside Blvd
Street Address

Mt. Pleasant    SC    29464
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

843-216-9000
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: jbrauchle@motleyrice.com