# United States District Court

## *Southern District of Georgia*

EMIL RIVERA-LOPEZ, et al.

_____
Plaintiff

v.

LOCKHEED MARTIN
CORPORATION, et al.
_____
Defendant

Case No. 4:19-cv-00211-WTM-CLR
_____

Appearing on behalf of

EMIL RIVERA-LOPEZ, et al.; Plaintiffs
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ___12th___ day of ___December___ , ___2019___ .

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
*****

NAME OF PETITIONER:     Mary Schiavo
_____

Business Address:     MOTLEY RICE LLC
_____
Firm/Business Name

28 Bridgeside Blvd
_____
Street Address

| _____ | Mt. Pleasant | SC | 29464 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

843-216-9000
_____
Telephone Number (w/ area code)     Georgia Bar Number

Email Address:     mschiavo@motleyrice.com
_____