# United States District Court
## *Southern District of Georgia*

EMIL RIVERA-LOPEZ, et al.

_____
Plaintiff

v.

LOCKHEED MARTIN
CORPORATION, et al.
_____
Defendant

Case No.  4:19-cv-00211-WTM-CLR

Appearing on behalf of

Defendant Hamilton Sundstrand Corp.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of January, 2020.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Paul N. Bowles, III |
| Business Address: | Fitzpatrick & Hunt, Pagano, Aubert LLP — Firm/Business Name |
| | 12 East 49th Street — Street Address |
| | Floor 31 / New York / NY / 10017 — Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (212) 937-4000 — Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | paul.bowles@fitzhunt.com |