# United States District Court
## *Southern District of Georgia*

EMIL RIVERA-LOPEZ, et al.
_____
Plaintiff

v.  LOCKHEED MARTIN
CORPORATION, et al.
_____
Defendant

Case No.  4:19-cv-00211-WTM-CLR

Appearing on behalf of
  Defendant Hamilton Sundstrand Corp.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of January , 2020.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Nora C. Devitt

Business Address: Fitzpatrick & Hunt, Pagano, Aubert LLP
Firm/Business Name

12 East 49th Street
Street Address

| Floor 31 | New York | NY | 10017 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |

(212) 937-4000
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: nora.devitt@fitzhunt.com