# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| EMIL RIVERA-LOPEZ, by his Executor wife AMANDA BETH RIVERA-LOPEZ, Individually and on behalf of all next of kin, J. N.; J .J.; W. W.; and C. H.; and their Spouses,<br><br>  Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation; SIKORSKY AIRCRAFT CORPORATION, now a part of LOCKHEED MARTIN, a Delaware corporation; SIKORSKY SUPPORT SERVICES, INC., a Delaware corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HAMILTON SUNDSTRAND CORPORATION, a subsidiary of UNITED TECHNOLOGIES CORPORATION, a Delaware corporation; BOEING SIKORSKY AIRCRAFT SUPPORT, LLC, a Delaware corporation; and THE BOEING COMPANY, a Delaware corporation,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 4:19-cv-00211-WTM-CLR |

# ORDER

The Court, having considered the parties' Joint Motion to Stay Discovery, Extend Time to File Rule 26(f) Report, and Conduct Rule 16 Telephonic Conference, and for good cause shown therein, hereby **GRANTS** the parties' motion and extends all deadlines accordingly. Doc. 72. The motion to extend time to conduct Rule 26(f) Conference, doc. 57, is **DISMISSED** as moot.

This 7th day of February, 2020.

_____
United States Magistrate Judge

**Prepared and Submitted by:**

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ William J. Katt*
William J. Katt
*Pro hac admission*
Kathryn A. Grace
*Pro hac admission*
Eleanor G. Jolley
GA Bar No. 602577

*Attorneys for Lockheed Martin Corporation, Sikorsky Aircraft Corporation, and Sikorsky Support Services, Inc.*

3348 Peachtree Road NE
Suite 1400
Atlanta, Georgia 30326
(470) 419-6650
(470) 419-6651(Fax)
William.Katt@wilsonelser.com
Kathryn.Grace@wilsonelser.com

[Eleanor.Jolley@wilsonelser.com](mailto:Eleanor.Jolley@wilsonelser.com)