FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB 21 PM 2:47
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EMIL RIVERA-LOPEZ, by his executor wife AMANDA BETH RIVERA-LOPEZ, individually and on behalf of all next of kin; J.N.; J.J.; W.W.; M.P.; and C.H.; and their Spouses;<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION, a Maryland corporation; SIKORSKY AIRCRAFT CORPORATION, now a part of Lockheed Martin, a Delaware corporation; SIKORSKY SUPPORT SERVICES, INC., a Lockheed Martin Company, a Delaware corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HAMILTON SUNDSTRAND CORPORATION, a subsidiary of United Technologies Corporation; BOEING SIKORSKY AIRCRAFT SUPPORT, LLC, a Delaware corporation; and THE BOEING COMPANY;<br><br>Defendants. | CASE NO. CV419-211 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal as to Defendant The Boeing Company. (Doc. 78.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties

who have appeared." As requested by the parties, Defendant The Boeing Company is **DISMISSED WITHOUT PREJUDICE**. As a result, Defendant The Boeing Company's Motion to Dismiss (Doc. 65) is **DISMISSED AS MOOT**. Each party shall bear its own costs and attorneys' fees.

SO ORDERED this 21ˢᵗ day of February 2020.

                                                    WILLIAM T. MOORE, JR.
                                                  UNITED STATES DISTRICT COURT
                                                  SOUTHERN DISTRICT OF GEORGIA