# In the United States District Court
## for the Southern District of Georgia
## Savannah Division

AMANDA BETH RIVERA-LOPEZ,
Individually and as Executor of
the Estate of Emil Rivera-
Lopez, deceased; J.N.; J.J.;
W.W.; M.P.; C.H.; and THEIR
SPOUSES,

     Plaintiff,

v.

GENERAL ELECTRIC COMPANY, a New
York corporation,

     Defendant.

CV 4:19-211

## ORDER

This case has been reassigned to the undersigned judge. As such, the Parties are **ORDERED** to file a joint status report informing the Court of the status of this case, including whether Defendant General Electric Company intends to pursue its pending motion to dismiss. The status report is due within **fourteen (14) days** of the date of this Order. Failure to file a timely report will result in dismissal of this case.

**SO ORDERED**, this 3 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA