UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EMIL RIVERA-LOPEZ, by his Executor wife AMANDA BETH RIVERA-LOPEZ, Individually and on behalf of all next of kin; J.N.; J.J.; W.W.; and C.H.; and their Spouses, <br><br> Plaintiffs, <br> v. <br><br> GENERAL ELECTRIC COMPANY, a New York corporation, <br><br> Defendant. | Civil Action No.: 4:19-cv-00211-LGW-CLR |

## ORDER

The Court has read and considered Plaintiffs Motion to Approve Settlement of a Minor and the exhibits thereto, which exhibits were filed under seal, in this case brought on behalf of two minors, E.R. and R.R.

The proposed settlement in the action brought by Amanda Beth Rivera-Lopez, the Executor and wife of Emil Rivera-Lopez, on behalf of herself and the lawful beneficiaries of Emil Rivera-Lopez, is for a confidential settlement amount. The settlement funds are allocated in the amounts reflected on the Settlement Disbursement Statement (Exhibit A to the Motion to File Under Seal). Two of the claimants are the minor children of Emil Rivera-Lopez, E.R. and R.R., whose proposed allocations from the settlement funds are set forth on the Settlement Disbursement Statement filed under seal. The balance of the settlement funds are to be paid to the other lawful beneficiaries of Emil Rivera-Lopez and Plaintiff's counsel for payment of attorneys' fees and litigation expenses as set forth in the Settlement Disbursement Statement. Based upon the record before the Court, and the verified facts set out in the Motion and exhibits thereto, the Court finds that the proposed settlement is fair, reasonable, and just. The Court finds that the proposed structured

settlements for the above-referenced minors are in the best interest of the minors, E.R., who will reach majority age on November 9, 2025, and **R.R.,** who will reach majority age on February 15, 2027. The Court further finds that the settlement is a good faith resolution of a disputed claim and was negotiated in an arm's length transaction.

IT IS HEREBY **ORDERED** that Plaintiff's Motion to Approve Settlement of a Minor, dkt. no. 140 is **GRANTED,** and the settlement is **APPROVED.** Plaintiff is authorized to consummate the settlement as set forth in the Motion and to execute any and all agreements, releases, or other documents necessary to effectuate the settlement. The execution of such documents shall constitute the full, final, and complete settlement of any and all claims, causes of actions, or demands which the above-named minors may have against those parties to the settlement as if the minors had executed such agreements, releases, or other documents themselves. Because the minors, E.R. and R.R., will not receive any funds from this settlement until they reach the age of majority on November 9, 2025 and February 15, 2027, respectively, and no money allocated to the minors' settlement will be received by Plaintiff, Executor of Emil Rivera-Lopez's estate and the minor heirs, Plaintiff can compromise, settle, and obtain approval of the settlement without becoming a conservator of the assets of the minors, or having to post a conservatorship bond. See O.C.G.A. § 29-3-3(d).

The Court authorizes Defendant's liability insurance carrier to pay the confidential sums set forth in the Motion directly to the annuity provider for the purpose of funding the proposed structured settlement set out hereinabove and to pay the balance of the settlement funds to Plaintiffs counsel. Plaintiff's counsel is authorized to disburse such funds to the other lawful beneficiaries of Emil Rivera-Lopez and pay the agreed-upon 30% contingency fee and expenses of litigation as set forth in the Settlement Disbursement Statement submitted as Exhibit A to the Motion to File Under Seal.

**SO ORDERED,** this 5th day of May 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA